**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., #194963
1241 East Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-277-4915
Facsimile 714-277-4899
Email eweber@rcolegal.com

RCO No. 7021.45975

Attorneys for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>Samuel Marquez, and<br><br>Lisa Christine Marquez<br><br>                    Debtors. | Case No.: 2:11-bk-32776-RK<br>Chapter 11<br>**STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234**<br><br>[No Hearing Set] |
|---|---|

This Stipulation ("Stipulation") for Plan Treatment for real property located at 30425 Avenida Alvera, Cathedral City, California 92234 ("Subject Property"), is made between Samuel Marquez and Lisa Christine Marquez, debtors and debtors in possession ("Debtors"), by and through their counsel of record, Michael R. Totaro of Totaro & Shanahan, and Bank of America N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP ("Creditor"), by and through its counsel of record, Edward T. Weber of Routh Crabtree Olsen, P.S. Debtors and Creditor are collectively referred to herein as the "Parties".

      1.      Commencing on the Effective Date, the Debtors will make full re-amortized payments based upon the new principal balance of $179,500.00. Creditor's claim is bifurcated into a secured portion of $179,500.00 and an unsecured portion of $106,231.92 to be paid pro

STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234

1

rata with the class of general unsecured debt. Monthly payments will be based upon a thirty (30) year mortgage at the interest rate of 5%.

2. The Debtors shall pay $963.59 per month to Creditor beginning on the first day of the first month after which this Honorable Court enters an Order approving Debtors' Chapter 11 Plan (hereinafter the "Effective Date").

3. The Debtors also agree to make ongoing taxes and insurance payments outside the Plan.

4. If the Debtors fail to make the re-amortized payment on or by the first day of any scheduled month during the thirty (30) year mortgage, or if the Debtors fail to make ongoing tax and insurance payments at any time, the Creditor may send a written notice of default to the Debtors on the fourteenth (14) day of such default. Upon receipt of such Notice of Default, the Debtors have ten (10) days to cure, and if no cure occurs, the note principal amount will be reset to the Unpaid Principal Balance, payable under the Note and Deed of Trust, less payments received by the Creditor, and Creditor may receive relief from stay to foreclose on the Property pursuant to State Law, if applicable.

5. Creditor hereby waives objections concerning the Subject Property.

6. Debtors hereby waive objections to Creditor's claims in regards to the Subject Property for all purposes besides accounting for the respective claims.

7. In exchange for the agreed upon terms of this Stipulation, Creditor shall file a ballot accepting Debtors' Chapter 11 Plan.

8. The agreements contained in this Stipulation shall be binding for purposes of Plan Treatment of the Subject Property, unless otherwise stipulated in writing.

9. In the event this case is converted to Chapter 7 or dismissed, this Stipulation shall be deemed void and unenforceable.

STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234

APPROVED AS TO FORM AND CONTENT:

Dated: 6/1/12

Routh Crabtree Olsen P.S.

By: _____
Edward T. Weber, Esq.
Attorneys for Secured Creditor

Dated: 5-31-12

Totaro & Shanahan

By: _____
Michael R. Totaro, Esq.
Attorneys for Debtors and Debtors in Possession

STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234

3

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA    )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1241 East Dyer Road, Suite 250, Santa Ana, CA 92705.

I served a copy of the foregoing document described as follows on the interested parties in this action:

**STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234**

  X    to be served by the Court Via Notice of Electronic Filing ("NEF") as follows:

**SEE ATTACHED ECF LIST**

  X    by placing [ ] the original [X] a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

**SEE ATTACHED MAILING LIST**

  X    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at **Santa Ana, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ___    **BY OVERNIGHT MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice it would be deposited in the overnight box for [ ] UPS [ ] FEDERAL EXPRESS on that same day with postage thereon fully prepaid at **Santa Ana, California** in the ordinary course of business.

  ___    **BY PERSONAL SERVICE:** As Follows: I arranged to have a document delivery service deliver said envelope by hand to the person(s) stated in the **ATTACHED SERVICE LIST**. An additional Proof of Service will be signed by the courier and filed at a later date.

  xx    **FEDERAL** - I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June __8__, 2012, at Santa Ana, California.

_____
Christopher West

STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234

4

**ECF LIST:**

Michael R. Totaro
mtotaro@aol.com

U.S. Trustee (la)
Ustpregion16.la.ecf@usdoj.gov

**U.S. MAILING LIST:**

Samuel Marquez
1264 W. 15th Street
San Pedro, CA 90731

Lisa Christine Marquez
1264 W. 15th Street
San Pedro, CA 90731

**STIPULATION FOR PLAN TREATMENT FOR REAL PROPERTY LOCATED AT 30425 AVENIDA ALVERA, CATHEDRAL CITY, CA 92234**

5